# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-04840 JAK | Date | October 19, 2011 |
|---|---|---|---|
| Title | In re: Denis M Garrison and Kathleen G Garrison<br>Denis M. Garrison, et al. v. United States Trustee | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE BANKRUPTCY APPEAL

The appeal in the above bankruptcy matter has been assigned to this Court. Pursuant to the Notice Regarding Appeal from Bankruptcy Court issued by this Court on June 7, 2011, appellant was ordered "immediately to file in the District Court Clerk's Office two complete copies of the order or judgment being appealed from, together with any written findings of fact and conclusions of law and opinions supporting said order or judgment. These documents must be filed in the District Court even if they were previously filed with the Bankruptcy Appellate Panel."

The Notice Regarding Appeal from Bankruptcy Court also stated that each party "must comply with the applicable rules of the Federal Rules of Bankruptcy Procedure." Specifically, it was ordered that:

> [W]ithin fourteen days after filing the notice of appeal, appellant must file the following:
>
> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts
>
> Each of the above documents must be filed with the Clerk of the Bankruptcy Court, with an original and two copies, and not with the Clerk of the District Court.

The Notice Regarding Appeal from Bankruptcy Court stated that the "failure of either party to comply with the time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal." Only once the parties file the required documents with the Bankruptcy Court can that court issue a Certificate of Readiness to the Clerk of the District Court.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-04840 JAK | Date | October 19, 2011 |
|---|---|---|---|
| Title | In re: Denis M Garrison and Kathleen G Garrison<br>Denis M. Garrison, et al. v. United States Trustee | | |

To date, and despite the expiration of designated time within which to do so, the Appellant has not filed all of the required documents. Accordingly, Appellant is hereby ordered to show cause in writing, on or before **November 3, 2011**, why this appeal should not be dismissed for lack of prosecution. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

**IT IS SO ORDERED.**

                         : 

Initials of Preparer    ak